IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| DAYVON GRANT, | : | |
| | : | |
| Plaintiff | : | |
| | : | CASE NO. 5:22-CV-121-TES-CHW |
| VS. | : | |
| | : | |
| WARDEN ANNETTIA TOBY, *et al.*, | : | |
| | : | PROCEEDINGS UNDER 42 U.S.C. §1983 |
| Defendants | : | BEFORE THE U. S. MAGISTRATE JUDGE |

## ORDER TO DISMISS

*Pro se* Plaintiff Dayvon Grant, a prisoner incarcerated at Hays State Prison in Trion, Georgia filed a 42 U.S.C. § 1983 complaint. ECF No. 1. Plaintiff did not pay the filing fee or request leave to proceed *in forma pauperis*. On April 26, 2022, the Court ordered Plaintiff to recast his complaint and to file a motion to proceed *in forma pauperis* or pay the $402.00 filing fee. ECF No. 5. Plaintiff was given fourteen (14) days to respond. *Id*.

Plaintiff has responded with a "Motion to Voluntarily Dismiss" (ECF No. 6), in which he notes that this case is duplicative of a previous filing, Case No. 5:21-cv-427-MTT-MSH. Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, a plaintiff may dismiss an action without a court order by filing a notice of dismissal before the opposing party serves either an answer or motion for summary judgment. Because no defendant has been served or entered an answer, the Clerk of Court is hereby **DIRECTED** to construe Plaintiff's motion as a notice of voluntary dismissal and to **DISMISS** this case without prejudice.

**SO ORDERED**, this 20th day of May, 2022.

s/ Charles H. Weigle
Charles H. Weigle
United States Magistrate Judge